# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

U.S. BANK NATIONAL ASSOCIATION AS
TRUSTEE FOR THE REGISTERED
HOLDERS OF ABFC 2007-WMC1 TRUST     CASE NUMBER:1:13-cv-3917
ASSET BACKED FUNDING CORPORATION
ASSET BACKED CERTIFICATES, SERIES
2007-WMC1

                                PLAINTIFF

                         VS.                          DISTRICT JUDGE: Ruben Castillo

ROBERT HILLER, JILLIAN THEIN-WAI,     MAGISTRATE JUDGE: Mary M. Rowland
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., AS NOMINEE FOR
EQUIFIRST CORPORATION,

                         DEFENDANT(S).

## MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE

      Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

                                                                    Respectfully submitted,

                                                             __/s/ Julia M. Bochnowski_____
                                                             One of Plaintiff's Attorneys

Burke Costanza & Carberry LLP
JULIA M. BOCHNOWSKI  #6301499
150 N. Michigan Ave, Suite 800
Chicago, IL 60601
(219) 769-1313

{File: 00866105.DOC}