# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

U.S. BANK NATIONAL ASSOCIATION AS
TRUSTEE FOR THE REGISTERED
HOLDERS OF ABFC 2007-WMC1 TRUST     CASE NUMBER:1:13-cv-3917
ASSET BACKED FUNDING CORPORATION
ASSET BACKED CERTIFICATES, SERIES
2007-WMC1

                   PLAINTIFF

                   VS.            DISTRICT JUDGE: Ruben Castillo

ROBERT HILLER, JILLIAN THEIN-WAI,     MAGISTRATE JUDGE: Mary M. Rowland
MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC., AS NOMINEE FOR
EQUIFIRST CORPORATION,

                   DEFENDANT(S).

## MOTION FOR JUDGMENT FOR FORECLOSURE AND SALE

      Plaintiff, by counsel, moves this Court for the entry of a Judgment for Foreclosure and Sale based on the pleadings of record with this Court.

                                                  Respectfully submitted,

                                                  __/s/ Julia M. Bochnowski_____
                                                  One of Plaintiff's Attorneys

Burke Costanza & Carberry LLP
JULIA M. BOCHNOWSKI  #6301499
150 N. Michigan Ave, Suite 800
Chicago, IL 60601
(219) 769-1313